CADES SCHUTTE LLP

**ORIGINAL**

DAVID SCHULMEISTER   2781-0
MARION L. REYES-BURKE   8270-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
dschulmeister@cades.com
mreyesburke@cades.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2008

at 8 o'clock and 3 0 min. A M
SUE BEITIA, CLERK

Attorneys for Plaintiff
BODELL CONSTRUCTION COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KAUAI FIRE PROTECTION, INC., a Hawaii corporation; THEODORE S. DAWSON, as Guarantor for the Subcontract Agreements Between Kauai Fire Protection, Inc. and Bodell Construction Company Regarding Queen's Marketplace and Kona Hawaiian Village Sales Center; and BARBARA C. SMITH, as Guarantor for the Subcontract Agreement Between Kauai Fire Protection, Inc. and Bodell Construction Company Regarding Queen's Marketplace,<br><br>Defendants. | CIVIL NO. CV07-00417 JMS KSC<br>(Assumpsit)<br><br>**FINDINGS AND RECOMMENDATIONS FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT KAUAI FIRE PROTECTION, INC.**<br><br><u>Hearing</u><br>Date: December 17, 2007<br>Time: 9:30 a.m.<br>Judge: Magistrate Judge Kevin S. Chang |

## FINDINGS AND RECOMMENDATIONS FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT KAUAI FIRE PROTECTION, INC.

On October 31, 2007, Plaintiff Bodell Construction Company ("Bodell") filed Plaintiff Bodell Construction Company's Motion for Default Judgment Against Defendant Kauai Fire Protection, Inc. on Complaint filed August 6, 2007 (the "Motion"). The Motion was set for hearing in this Court on December 17, 2007. Defendant Kauai Fire Protection, Inc. ("KFP") did not file any opposition or objection to the Motion.

This Court held a hearing on the Motion on December 17, 2007. Marion L. Reyes-Burke appeared on behalf of Bodell and no one appeared on behalf of KFP. There being no opposition, objection, or appearance by counsel admitted to practice before this Court on behalf of KFP, this Court FINDS and RECOMMENDS that the Motion be GRANTED and that judgment be entered in favor of Bodell against KFP in the amount of $ 481,372.92.

## I.     BACKGROUND

1.     On August 6, 2007, Plaintiff filed a Complaint against Defendants Kauai Fire Protection, Inc. ("KFP"), a Hawaii corporation, Theodore S. Dawson, as Guarantor for the Subcontract Agreements Between Bodell and KFP regarding Queen's Marketplace and Kona Hawaiian Village Sales Center, and Barbara C. Smith ("Smith"), as Guarantor for the Subcontract Agreement Between Bodell and KFP regarding the Queen's Marketplace (the "Complaint").

2. Bodell brought the Complaint for damages arising out of KFP's and Dawson's breaches of the Subcontract Agreement between Bodell and KFP, Subcontract No. SC: 211-017, pertaining to the Kona Hawaiian Village Sales Center at 75-6016 Kuakini Highway, Kailua-Kona, Hawaii 96740, and for damages arising out of KFP's, Dawson's, and Smith's breaches of the Subcontract Agreement between Bodell and KFP, Subcontract No. 213-008, pertaining to Queen's Marketplace at the Waikoloa Beach Resort at Kohala Coast, Hawaii.

3. On August 8, 2007, Bodell's Complaint and Summons were served upon Guy M.Y. Menor, officer of KFP, as confirmed by the Return and Acknowledgment of Service filed herein on August 28, 2007. In accordance with Rule 12(a) of the Federal Rules of Civil Procedure, the answer of KFP to the Complaint was due on or before September 3, 2007.

4. As of September 13, 2007, KFP failed to file an answer to the Complaint.

5. On September 18, 2007, Bodell filed a Request to Clerk for Entry of Default Against Defendant Kauai Fire Protection, Inc. Re: Complaint Filed August 6, 2007.

6. An Entry of Default Against Defendant Kauai Fire Protection, Inc. Re: Complaint Filed August 6, 2007 was entered on September 18, 2007.

7. On October 29, 2007, Bodell filed a Notice of Dismissal Without Prejudice on All Claims Against Defendants Theodore S. Dawson and Barbara C. Smith on Civil No. CV07-00417 JMS KSC.

8. On October 31, 2007, Bodell filed the instant Motion and a hearing was set on the Motion for December 17, 2007.

9. On November 1, 2007, KFP filed an Answer to Bodell's Complaint and a Reply to Order Setting Rule 16 Schedule Conference on November 5, 2007.

10. On November 5, 2007, this Court held a Rule 16 scheduling conference with Marion Reyes-Burke appearing on behalf of Bodell, and Guy Menor and Wm. K. Sonny Waialeale appearing on behalf of KFP. This Court's Rule 16 Scheduling Order was entered on November 5, 2007.

11. On December 17, 2007, this Court held a hearing on the Motion on December 17, 2007. Marion L. Reyes-Burke appeared on behalf of Bodell and no one appeared on behalf of KFP.

## II. **FINDINGS**

12. Plaintiff Bodell is a Utah corporation with its principal place of business at 586 Fine Drive, Salt Lake City, Utah 84115. Bodell is a citizen of the State of Utah.

13. Defendant KFP is a Hawaii corporation organized under the laws of the State of Hawaii and registered to do business in the State of Hawaii. As a

corporation, KFP can only appear in this Court through counsel admitted to practice before this Court.

14.  Bodell and Defendant Kauai Fire Protection ("KFP") entered into two subcontracts: (1) Subcontract No. SC: 211-017, pertaining to the Kona Hawaiian Village Sales Center at 75-6016 Kuakini Highway, Kailua-Kona, Hawaii 96740 ("Kona Sales Center Subcontract"), and (2) Subcontract No. 213-008, pertaining to Queen's Marketplace at the Waikoloa Beach Resort at Kohala Coast, Hawaii ("Queen's Marketplace Subcontract").

<u>The Kona Sales Center Subcontract</u>

15.  KFP and Bodell entered into the Kona Sales Center Subcontract on or around December 22, 2005, and the subcontract was fully executed by January 23, 2006.

16.  The Kona Sales Center Subcontract required KFP to furnish all labor, materials, permits, and taxes to complete the design and installation of automatic fire sprinklers at the facility, located at 75-6016 Kuakini Highway, Kailua-Kona, Hawaii, for the lump sum amount of $42,478.03.

17.  KFP performed its work on the Kona Sales Center Subcontract in 2006 prior to October 15, 2006.

18.  The Kona Sales Center sustained damages from a 6.6-magnitude earthquake on Kona, island of Hawaii, on or around October 15, 2006. An

inspection of the Kona Sales Center conducted after the earthquake by Windham Vacation Ownership, Inc. ("WVO"), owner of the Kona Sales Center project, completed on or about December 14, 2006, revealed numerous deficiencies in KFP's work.

19. Bodell was notified by WVO on or around December 14, 2006 of numerous blatant deficiencies regarding KFP's design and installation of the fire sprinkler system including, but not limited to:

(i) the failure to verify the water pressure at the available source and design the system accordingly;

(ii) the lack of earthquake bracing and/or EOL restraints as mandated by applicable rules;

(iii) the lack of upright fire sprinkler heads on the first floor's lower roof as indicated in the fire sprinkler shop drawings;

(iv) the installed fire sprinkler system was short by fifteen fire sprinklers from what was shown on the fire sprinkler shop drawings; and

(v) numerous fire sprinklers' cover plates were glued in place.

20. Bodell was ordered by WVO to commence corrective work on all deficient items within 48 hours of receipt of the December 14, 2006 notice of deficiencies.

21. Bodell immediately notified KFP by a letter dated December 14, 2006

of the fire sprinkler design and installation deficiencies discovered at the Kona Sales Center, and correspondingly demanded that KFP commence within 48 hours of receipt of Bodell's notice to repair and to correct all deficient items identified, and to complete and restore the building within seven calendar days from receipt of Bodell's notice, among other things.

22. KFP completed the corrective work on the fire sprinkler system on the Kona Sales Center project on or around March 8, 2007.

23. WVO back-charged Bodell a total of $52,532.55 for the costs associated with the remedial work on the deficient fire sprinkler system that KFP installed at the Kona Sales Center. These costs included, but were not limited to, the security company's labor for full time fire watch while the fire sprinkler system was out of service, WVO's management team's billable time, and third party engineering and architectural review time. In addition, Bodell accrued $33,406.52 in direct costs for management, project cleanup, and demolition and repair of ceilings to provide access for the necessary corrective work at the Kona Sales Center. To the foregoing sum of $85,939.07, Bodell added a 15% markup for overhead and profit and 4.167% for Hawaii gross receipts tax, resulting in a total claim against KFP for breach of its subcontract obligations on the Kona Sales Center project of $102,948.17.

### The Queen's Marketplace Subcontract

24.   Prior to March 6, 2006, Bodell sought and obtained a bid from KFP for the Queen's Marketplace project located at the Waikoloa Beach Resort at Kohala Coast, Hawaii, and thereafter used KFP's bid amount in Bodell's bid and subsequent contract with Queen's Marketplace, LLC, the owner of the Queen's Marketplace project.

24.   On or around March 6, 2006, Bodell gave written authorization to KFP to proceed with shop drawings for the fire sprinkler system per the Queen's Marketplace construction set bid package drawings and specifications.

25.   On or around March 15, 2006, Bodell gave written authorization to KFP to proceed with ordering materials as specified in the Queen's Marketplace's contract design documents.

26.   Bodell and KFP formally entered into the Queen's Marketplace Subcontract on or around May 3, 2006, and the parties' representatives fully executed the subcontract on or around June 19, 2006.

27.   The Queen's Market Subcontract required KFP to furnish all labor, materials, and taxes to complete the installation of automatic fire sprinklers for the lump sum amount of $437,606.61.

28.   As of August 18, 2006, KFP failed to provide Bodell with complete shop drawings and fire department monument connection packages as required under the Queen's Marketplace Subcontract for submittal to the project owner.

29. Bodell sent a written notice to KFP on or around August 18, 2006 regarding KFP's failure, despite repeated promises, to complete and to submit the shop drawings and fire department monument connection packages for the Queen's Marketplace project.

30. As of September 13, 2006, Bodell had not received any shop drawings for the Queen's Marketplace project from KFP. Bodell sent an official notice to KFP on or around September 13, 2006, to warn KFP that if KFP failed to submit completed shop drawings for the Queen's Marketplace project by September 20, 2006, Bodell would seek another subcontractor to install the fire sprinkler system.

31. On or around November 9, 2006, Bodell terminated the Queen's Marketplace Subcontract because in spite of Bodell's numerous prior notifications, KFP failed to perform according to the terms and conditions of the subcontract. Bodell sent KFP an official notice regarding the termination of the Queen's Marketplace Subcontract on or around November 9, 2006.

32. To replace KFP, Bodell sought and obtained a bid from Miller Mechanical Contracting, Bodell's mechanical subcontractor for the Queen's Marketplace project.

33. Bodell awarded the Queen's Marketplace fire suppression work to Miller Mechanical Contracting as a change order to its mechanical subcontract in the amount of $791,500.00 ("Miller Mechanical Change Order"). The Miller

Mechanical Change Order was approved on or around November 29, 2006.

34. As a result of KFP's failure to perform under the Queen's Marketplace Subcontract, Bodell paid $353,893.39 to Miller Mechanical Contracting to install the fire sprinkler system work for the Queen's Marketplace project in excess of KFP's subcontract price of $437,606.61.

35. The Miller Mechanical Change Order covered exactly the same scope of work as KFP's scope of work under the Queen's Marketplace Subcontract.

36. The unpaid principal that KFP owes Bodell is $456,841.56. The unpaid interest accrued on this unpaid principal from June 5, 2007 through December 17, 2007 at the rate of ten percent per annum pursuant to Hawaii Revised Statutes section 478-2 (2007) is $24,531.36. Therefore, the total amount that KFP owes Bodell is $481,372.92.

## II. RECOMMENDATIONS

Based on the foregoing, this Court RECOMMENDS that:

1. The Motion be GRANTED in all respects.

2. Judgment be entered in favor of Bodell against KFP for $481,372.92.

DATED: Honolulu, Hawaii, ~~December __, 2007~~.   JAN 0 2 2008

_____
KEVIN S. CHANG

United States Magistrate Judge

---

*Bodell Construction Company v. Kauai Fire Protection, Inc., et al.*, Civil No. CV 07-00417 JMS KSC; FINDINGS AND RECOMMENDATIONS FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT KAUAI FIRE PROTECTION, INC.