IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BODELL CONSTRUCTION COMPANY,<br><br>      Plaintiff,<br><br>  vs.<br><br>KAUAI FIRE PROTECTION, INC., a Hawaii corporation, et al.,<br><br>      Defendants.<br>_____ | CIV. NO. 07-00417 JMS KSC<br><br>ORDER: (1) ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION; AND (2) TERMING "DISMISSAL OF THIS CASE FOR FRAUD BY THIS NATIVE HAWAIIAN COURT AND THE NATIVE HAWAIIAN INDIVIDUALS IMPERSONATING AS OFFICER(S) OF THIS U. S. DISTRICT COURT WITHOUT A U. S. CONSTITUTIONAL LAW, AS DEFINED IN THE COMPACT OF FREE ASSOCIATION ACT OF JANUARY 14, 2007, U. S. PUB. L. 99-239" |

ORDER: (1) ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION; AND (2) TERMING "DISMISSAL OF THIS CASE FOR FRAUD BY THIS NATIVE HAWAIIAN COURT AND THE NATIVE HAWAIIAN INDIVIDUALS IMPERSONATING AS OFFICER(S) OF THIS U. S. DISTRICT COURT WITHOUT A U. S. CONSTITUTIONAL LAW, AS DEFINED IN THE COMPACT OF FREE ASSOCIATION ACT OF JANUARY 14, 2007, U. S. PUB. L. 99-239"

Findings and Recommendation having been filed and served on all parties on January 3, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

This Order terms a filing in this matter on December 10, 2007 entitled "Dismissal of this Case for Fraud By This native hawaiian court and the native hawaiian Individuals Impersonating as Officer(s) of This U. S. District Court Without a U. S. Constitutional Law, as Defined in the Compact of Free Association Act of January 14, 2007, U. S. Pub. L. 99-239." ("Dismissal of this case for Fraud").  The Dismissal of this Case for Fraud was not filed by attorneys representing any of the defendants in this action or any individual pro se defendants and, in any event, is facially frivolous.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, February 4, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Bodell Construction Company vs. Kauai Fire Protection, Inc., etc.*, Civ. No. 07-00417; ORDER: (1) ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION; AND (2) TERMING "DISMISSAL OF THIS CASE FOR FRAUD BY THIS NATIVE HAWAIIAN COURT AND THE NATIVE HAWAIIAN INDIVIDUALS IMPERSONATING AS OFFICER(S) OF THIS U. S. DISTRICT COURT WITHOUT A U. S. CONSTITUTIONAL LAW, AS DEFINED IN THE COMPACT OF FREE ASSOCIATION ACT OF JANUARY 14, 2007, U. S. PUB. L. 99-239"